| *Attorney or Party without Attorney:*<br>David S. Moyer, Esq.<br>Law Office Of David S. Moyer<br>13551 River Road<br>Luling, LA 70070<br>*Telephone No:* 985-308-1509<br>*Attorney for:* Plaintiff(s) | *Ref. No. or File No.:* | | | *For Court Use Only* |
|---|---|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Western District Of Louisiana | | | | |
| *Plaintiff(s):* Xavier Shankle<br>*Defendant:* W H C Energy Services L L C | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons/Complaint** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>26CV02962DCJCBW |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the Summons in a Civil Action; Complaint; Civil Cover Sheet; Exhibit A; Notice of Issued Summons

3. *a. Party served:* W H C Energy Services L L C
   *b. Person served:* Sparkle Henry, Human Resources

4. *Address where the party was served:* 3329 West Pinhook Road, Lafayette, LA 70508

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Mon., Aug. 24, 2026 (2) at: 11:20AM

7. ***Person Who Served Papers:*** *Fee for Service:*
   a. Steve Regan
   **b. Class Action Research & Litigation**
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

8. ***I declare under penalty of perjury under the laws of the State of LOUISIANA and under the laws of the United States Of America that the foregoing is true and correct.***

**AFFIDAVIT OF SERVICE**
**Summons/Complaint**

(Steve Regan)

*damoy.304215*