**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **XAVIER SHANKLE** | **CASE NO. 6:26-CV-02962** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **W H C ENERGY SERVICES LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MINUTES

A telephone conference was held on October 7, 2026, starting at 10:00 a.m. and ending at 10:04 a.m.[1] Participating in the conference, along with the undersigned Magistrate Judge, were David Moyer for Plaintiff and Joel Babineaux for Defendant.

Following discussion, the parties agreed to set trial for October 18, 2027, before Judge Joseph, with a pretrial conference on September 29, 2027, at 11:00 a.m. in chambers with Judge Joseph. A separate order and scheduling order shall be issued.

Signed at Lafayette, Louisiana, this 7th day of October, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE

---

1 Statistical time: 4 minutes.