# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA

## AVAILABILITY OF MAGISTRATE JUDGES BY CONSENT

With the consent of the parties, magistrate judges of this court are available to conduct all proceedings in civil cases, including bench and jury trials, and to order the entry of a final judgment. 28 U.S.C. 636(c). Final judgments issued by a magistrate judge are immediately appealable to the United States Court of Appeals for the Fifth Circuit, just as if they had been issued by a district judge.

There are several benefits to choosing to proceed before a magistrate judge, including:

- faster case resolution
- earlier and firm trial dates
- reduced delays and duplication of effort associated with the pretrial referral and report and recommendation process

If you wish to proceed before the magistrate judge, **all parties must voluntarily consent**. The process is simple, and the form and instructions are available at https://www.uscourts.gov/forms/civil−forms/notice−consent−and−reference−civil−action−magistrate−judge.