**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **XAVIER SHANKLE** | **CASE NO. 6:26-CV-02962** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **W H C ENERGY SERVICES LLC** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

# ORDER

As discussed during the October 7, 2026 conference,

IT IS ORDERED that a jury trial is set for October 18, 2027, before Judge Joseph. A pretrial conference is set for September 29, 2027, at 11:00 a.m. in chambers with Judge Joseph.

IT IS FURTHER ORDERED that the Clerk of Court shall issue a scheduling order.

Signed at Lafayette, Louisiana on this 7th day of October, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE